OPINION — AG — ** WELFARE BENEFITS — FEDERAL EMPLOYMENT RETIREMENT INCOME SECURITY ACT ** (1) WHERE EMPLOYEE WELFARE BENEFIT PLANS FORMULATED PURSUANT TO "ERISA" ARE NOT SELF FUNDED, BUT RATHER PURCHASE INSURANCE POLICIES, SUCH POLICIES ARE SUBJECT TO THE PROVISIONS OF 36 O.S. 3634 [36-3634], 36 O.S. 6057 [36-6057] [36-6057] AND 36 O.S. 6055 [36-6055], 36 O.S. 4508 [36-4508], BY VIRTUE OF SECTION 514(B)(2)(A) OF ERISA, WHICH PRESERVES STATE AUTHORITY TO REGULATE THE INSURANCE INDUSTRY. (2) WHOLLY SELF FUNDED EMPLOYEE WELFARE BENEFIT PLANS 'ARE EXEMPT FROM APPLICATION OF THE STATE INSURANCE CODE BY VIRTUE OF THE FEDERAL EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA), 29 U.S.C.A. 1001 ET SEQ., WHICH PROHIBITS A STATE FROM TREATING SUCH PLANS AS INSURANCE COMPANIES FOR THE PURPOSE OF REGULATING INSURANCE BENEFITS. CITE:29 U.S.C.A. 1002(1), 29 U.S.C.A. 1002(3), 29 U.S.C.A. 114429 U.S.C.A. 1144(A), 29 U.S.C.A. 1144(B)(2)(A), OPINION NO. 80-245 (SUSAN BRIMER LOVING) ** SEE OPINION NO. 90-685 (1990) ** SEE OPINION NO. 88-507 (1988) ** ** SEE OPINION NO. 88-535 (1988) **